# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas O. Park, *et al.*, | No. CV-18-03039-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Wells Fargo Bank NA, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Motion for Temporary Restraining Order (Doc. 2.) The Court may issue a temporary restraining order without notice to the adverse party "only if: (A) the movant can clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b). Plaintiff has not made these showings. Instead, the Court will treat Plaintiff's motion as a preliminary injunction, which may be issued "only on notice to the adverse party." Fed. R. Civ. P. 65(a)(1).

IT IS ORDERED that Plaintiff shall serve a copy of the Motion (Doc. 2) and this Order on Defendant by October 5, 2018. Plaintiff shall file a certificate of service on the docket within two days of service.

IT IS FURTHER ORDERED that Defendant shall file a Response to Plaintiff's Motion by October 19, 2018. Plaintiff shall file any reply by October 26, 2018.

1       IT IS FURTHER ORDERED that if, after timely service, Defendant fails to file an opposition to Plaintiff's Motion or fails to appear at a hearing, the Court will deem either failure to be Defendant's consent to the Motion being granted.

      IT IS FURTHER ORDERED that, at the conclusion of the briefing schedule, a hearing on the preliminary injunction shall be set if necessary.

      IT IS FURTHER ORDERED that Judge Tuchi will retain responsibility for this matter through resolution of the preliminary injunction, at which point the case will be returned to Judge Humetewa.

      Dated this 1st day of October, 2018.

```
                            _____
                            Honorable John J. Tuchi
                            United States District Judge
```